**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SHAWNTESHIA HOBSON, on her own behalf and on behalf of her minor child Morrice Hobson,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 25 C 10898** |
| **MEAD JOHNSON & COMPANY, LLC; MEAD JOHNSON NUTRITION COMPANY AND PROTESTANT MEMORIAL MEDICAL CENTER, INC.,** | ) | **Judge Rebecca R. Pallmeyer** |
| **Defendants.** | ) | |

**MDL REMAND CLOSING ORDER**

Pursuant to the Memorandum Opinion and Order [104], this case is remanded, forthwith, to the Twentieth Judicial Circuit, St. Clair County, Illinois, cause number 24-LA-0735. Civil Case terminated.

ENTER:

Date: October 7, 2026

REBECCA R. PALLMEYER
United States District Judge